CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br><br>**Andrea Villalva**<br>DOB: 1993; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br><br>25-07232MJ |

<table>
<tr><td colspan="2" align="center">Complaint for a violation of Title 18, United States Code, § 554(a)</td></tr>
</table>

On or about March 7, 2025, in the District of Arizona, **Andrea Villalva** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 8,000 rounds of 5.56 XP193 ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On March 7, 2025, at approximately 12:02 pm, **Andrea Villalva**, attempted to exit the United States and enter the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Andrea Villalva**, the driver, sole occupant, and registered owner of a 2011 white Toyota Camry bearing Arizona license plate FHA9TD. **Villalva** told the primary CBPO that she was coming from Tucson where she worked and had been doing laundry. **Villalva** stated she lives in Mexico, and she was going home. **Villalva** confirmed it was her vehicle, and she is the only one that crosses it. The CBPO obtained a negative declaration from **Villalva** regarding the transportation of firearms, ammunition, or currency in excess of $10,000. **Villalva** stated she had about 1,000 pesos or less. The primary CBPO noticed that **Villalva** appeared calm while answering questions while she petted her dog that was on her lap. **Villalva** was cooperative when asked to turn off her vehicle.

A CBPO began a physical inspection of the vehicle as the primary inspection officer asked questions. When the secondary CBPO approached the trunk and opened it, she saw a laundry bag in the trunk area. The CBPO then noticed the back wall of the trunk looked as if it was bulging out. The CBPO moved the laundry bag and pulled back the piece of carpet, revealing several cases of ammunition that had been concealed. When the CBPO asked **Villalva** if she had anything to declare, her voice got shaky as she provided a second negative response to all items except money she had. When **Villalva** was placed in handcuffs and escorted to a secure holding area, she asked the officer what was going to happen to her dog and about going to jail.
**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>     Being duly sworn, I declare that the foregoing is<br>     true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>DANIELLE R TORRES *Digitally signed by DANIELLE R TORRES Date: 2025.03.10 10:30:28 -07'00'* |
|---|---|
| AUTHORIZED BY AUSA *R. Arellano* RAQUEL ARELLANO *Digitally signed by RAQUEL ARELLANO Date: 2025.03.10 10:12:01 -07'00'* | OFFICIAL TITLE<br>HSI Special Agent Danielle Torres |

**Sworn by telephone   x**

| SIGNATURE OF MAGISTRATE JUDGE[1) | DATE<br>March 10, 2025 |
|---|---|

[1)    See Federal Rules of Criminal Procedure Rules 3, 4, and 54

25-07232MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 2 of 4**

A Canine Enforcement Officer (CEO) and Currency and Firearms Detector Dog (CFDD) were called to inspect the vehicle after the ammunition was found. The carpet and laundry bag had been put back as they were originally found. The canine got to the trunk area and alerted towards the trunk seam. The trunk was then opened again, and the laundry bag was removed. The canine then sniffed the trunk lining and alerted. A total of 8 sealed cases of Precision-Made Cartridges of 5.56 XP193 ammunition were discovered. The total rounds were 8,000.

In a post-*Miranda* statement, **Villalva** admitted to knowingly and voluntarily smuggling ammunition from the United States into Mexico. **Villalva** stated she was being paid $150 per box and was to drop off the ammunition on the east side of the tracks in Mexico. **Villalva** stated she has been smuggling ammunition since January and this is her fourth time crossing ammunition. **Villalva** stated she did not have a license to export firearms or ammunition. **Villalva** admitted she knew it was illegal to take firearms/weapons to Mexico. **Villalva** admitted that she saw the posted signage on the way out indicating no weapons allowed.

The ammunition found in **Villalva's** vehicle qualify as a United States Commerce Control List item and therefore is prohibited by law for export from the United States into Mexico without a valid license. **Villalva** did not possess an import/export license nor presented one to the CBPOs.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
Page 3 of 4





**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
Page 4 of 4

